1    **WO**

2

3

4

5

6              IN THE UNITED STATES DISTRICT COURT

7              FOR THE DISTRICT OF ARIZONA

8

9    United States of America,              )    12-3332M
                                            )
10            Plaintiff,                     )
                                            )    **DETENTION  ORDER**
11   vs.                                    )
                                            )
12   Moises Perez-Perez,                    )
                                            )
13            Defendant.                     )
                                            )
14   _____   )

15        A detention hearing on the Petition on Supervised Release were held on August 7,

16   2012.

17        **THE  COURT  FINDS** that the Defendant has knowingly, intelligently, and

18   voluntarily waived his right to a detention hearing and has consented to the issue of detention

19   being made based upon the allegations in the Petition.

20        **THE COURT FURTHER FINDS** that the Defendant has failed to sustain his burden

21   of proof by clear and convincing evidence pursuant to Rule 32.1(a)(6), FED.R.CRIM.P., that

22   he is not a serious flight risk.  *United States v. Loya*, 23 F.3d 1529 (9th Cir. 1994).

23        **IT IS ORDERED** that the Defendant shall be detained pending further order of the

24   court.

25        DATED this 9th day of August, 2012.

26

27

28                                              _____
                                                Lawrence O. Anderson
                                                United States Magistrate Judge